**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6154**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JONATHAN D. DAVEY,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. David S. Cayer, Magistrate Judge. (3:12-cr-00068-RJC-DSC-1)

Submitted: June 29, 2017                          Decided: July 5, 2017

Before TRAXLER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jonathan D. Davey, Appellant Pro Se. Benjamin Bain-Creed, OFFICE OF THE UNITED STATES ATTORNEY, Anthony Joseph Enright, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan D. Davey appeals the district court's text order of January 23, 2017 denying his motion to compel former counsel to surrender his case file. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Davey*, No. 3:12-cr-00068-RJC-DSC-1 (W.D.N.C. Jan. 23, 2017). We deny Davey's motion to toll his habeas filing deadline and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*